UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. C07-5567 FDB

ORDER DENYING MOTION TO REVISE MAGISTRATE JUDGE'S DISCOVERY ORDER

    This matter comes before the Court on Plaintiff's motion to revise the April 15, 2008 Orders of the Magistrate Judge extending discovery cutoff until July 11, 2008. These Orders provided Plaintiff with an additional sixty days to effect service on the remaining unserved defendants. Plaintiff now complains that he did not receive the 120 days requested.

    The Court denies Plaintiff's request for revision. As detailed by the Magistrate Judge, Plaintiff has not provided any specific details as to his efforts in obtaining service on the remaining defendants. Accordingly, no just cause has been shown to warrant a revision of the Magistrate Judge's scheduling orders.

ORDER - 1

ACCORDINGLY;

IT IS ORDERED:

(1) Plaintiff's Motion [Dkt # 22] to Revise Magistrate Judge's Orders [Dkt #20-21] is **DENIED**.

(2) This matter is re-referred to Magistrate Judge Karen Strombom

DATED this 8th day of July, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2