# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALLAN PARMELEE

JUDGMENT IN A CIVIL CASE

v.

STEVEN SUNDBERG, et al.,

CASE NUMBER: C07-5567FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

All remaining motions are stricken as moot.

| | |
|---|---|
| September 3, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM. Gonzalez* |
| | Deputy Clerk |